UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEN ZHEN YOU YU KU KE JI YOU XIAN GONG SI,<br><br>                              Plaintiff,<br><br>           -against-<br><br>JIANGSU HUARI WEBBING LEATHER CO., LTD,<br><br>                              Defendant. | 23-CV-04578 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled oral argument or conference before the Court, including the initial pretrial conference scheduled for July 28, 2023, is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 24, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            _____
                                            JESSICA G. L. CLARKE
                                            United States District Judge