**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHEN ZHEN YOU YU KU KE JI YOU XIAN
GONG SI,

                 Plaintiff,

                                                     23 **CIVIL** 4578 (JGLC)

       -against-                                         **DEFAULT JUDGMENT**

JIANGSU HUARI WEBBING LEATHER CO.,
LTD.,

                 Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated October 21, 2024, the Court GRANTS Plaintiff's motion for default judgment of non-infringement of the '673 Patent. Accordingly, judgment is entered in favor of Plaintiff against Defendant and the case is closed.

**DATED**: New York, New York
           October 21, 2024

                                                    **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                                    BY: _____
                                                **Deputy Clerk**